In the Matter of JOSEPH R. MEGRUE, Deceased.— Motion granted upon the deposit by the executor with the New York Life Insurance and Trust Company of the property directed to be delivered by the decree, except such as has already been delivered, and the execution of a bond in the penal sum of $10,000 to provide for the payment to respondent, in case of the affirmance of the decree, of all dividends or increments that shall be allotted to said stock pending appeal. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

GUY L. NELSON v. M. MORGANTHAU, JR. COMPANY, INC.— Motion for stay granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

YANCI D. FOX v. HARRY FOX.— Motion denied. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

In the Matter of MICHAEL H. WOLFE.— Referred to the committee on character and fitness. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

ALEXANDRIA MELEDIN, as Administratrix, etc., v. CARL VIETOR.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

MARIE FENTON v. JACOB HIRSCHBERG.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of ANDREW T. HYDE v. CHISHOLM REALTY COMPANY.— Motion to dismiss appeal granted. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

MARION SPENCER, as Executrix, etc., v. JOHN T. WILLIAMS and Others. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

TIMES SQUARE AUTOMOBILE COMPANY v. MOTOR CAR EQUIPMENT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

W. FORBES MURRAY v. HENRY L. PRESTON.— Motion denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

JOHANNA RIESS v. SUPREME CONCLAVE IMPROVED ORDER HEPTASOPHS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

CHRISTIAN J. FRANCIS v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

In the Matter of WILLIAM A. PRENDERGAST v. JOHN P. COHALAN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

WILLIAM M. O'CONNOR v. THE CITY OF NEW YORK.— Motion granted. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.